ROBERTS, RASPE & BLANTON LLP
David M. Roberts (State Bar #72394)
droberts@rrbllp.com
Jenner C. Tseng (State Bar #222459)
jtseng@rrbllp.com
Union Bank Plaza
445 South Figueroa Street
Suite 3200
Los Angeles, California 90071
Telephone: (213) 430-4777
Facsimile: (213) 430-4780

Attorneys for Plaintiffs and Cross-Defendants
Marcus & Millichap Real Estate Investment
Services Inc., The Marcus & Millichap
Company, Sovereign Investment Co.,
Sovereign Scranton, LLC, Sovereign CC, LLC,
Sovereign JF, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES INC., a California corporation, THE MARCUS & MILLICHAP COMPANY, a California corporation, SOVEREIGN INVESTMENT COMPANY, a California corporation, SOVEREIGN SCRANTON, LLC, a Delaware limited liability company, SOVEREIGN CC, LLC, a Delaware limited liability company, and SOVEREIGN JF, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation, and RSUI INDEMNITY INSURANCE COMPANY, a New Hampshire corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: CV 09 07128 GW (JEMx)<br><br>**ORDER RE DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) and (c)** |

-2-

1      Pursuant to the Stipulation of Dismissal executed by the parties and good
2  cause appearing therefor,
3
4      IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed in
5  its entirety without prejudice pursuant to FRCP 41(a)(1) and (c).
6
7      IT IS SO ORDERED.
8
9
10 DATED: July 7, 2010        _____/s/ George H. Wu_____
11                              THE HONORABLE GEORGE H. WU
                               UNITED STATES DISTRICT COURT JUDGE